UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSA SLY and
DEVONA HOLLINGSWORTH,

      **Plaintiffs,**

v.                                                                   Case No.: 8:17-cv-1868-AAS

SECRETARY, DEPARTMENT OF
VETERANS AFFAIRS,

      **Defendant.**

_____/

## ORDER

Pursuant to the terms of their settlement agreement, the parties jointly request the court dismiss this action with prejudice and retain jurisdiction for the limited purpose of determining the reasonable attorney's fees incurred by counsel for the plaintiffs. (Doc. 190). "In the event of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), the court may, in its discretion, make the parties' compliance with the terms of the settlement agreement (or retention of jurisdiction over the agreement) part of its order." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 375 (1994). Accordingly, the parties' joint motion (Doc. 190) is **GRANTED**.

1

(1) This action is **DISMISSED with prejudice**. The court retains jurisdiction for the limited purpose of determining the reasonable attorney's fees incurred by counsel for the plaintiffs.

(2) By **July 31, 2025**, the plaintiffs must file a petition for attorney's fees together with detailed billing statements. By **September 2, 2025**, the defendant must respond to the fee petition. Should the plaintiffs wish to reply to the defendant's response, they must seek leave of court.

(3) If the plaintiffs intend to file a petition for attorney's fees incurred in filing their original fee petition (Doc. 190, p. 3), by **September 29, 2025**, the plaintiffs must file the supplemental petition for additional attorney's fees. By **October 29, 2025**, the defendant must respond to the supplemental fee petition. Should the plaintiffs wish to reply to the defendant's response, they must seek leave of court.

**ORDERED** in Tampa, Florida on June 5, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge